UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80068-CR-ROSENBERG

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

     Defendants.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendants, Yelyzaveta Demydenko, and Svitlana Demydenko, through undersigned counsel, request the Court to continue the trial in the above-styled cause for thirty (30) days.   As grounds therefor, Defendants state:

1. Defendants are charged by Information with unlawfully voting in a federal election. Defendants have been released on a personal surety bond.

2. Discovery has only recently been received. To allow undersigned counsel sufficient time to effectively review the discovery with Defendants, discuss any possible defenses and, if necessary, prepare for trial, it is requested that the trial in the above-styled cause be continued for thirty (30) days.

3. Defendants agree to waive speedy trial from the filing of the above-styled motion to the next trial date set by the Court.

1

4. Undersigned counsel has contacted Assistant United States Attorney John McMillan who has no objection to the above-styled motion.

WHEREFORE, Defendants respectfully request the Court to grant the above-styled motion.

Respectfully submitted,

HECTOR A DOPICO
Federal Public Defender                          CHRISTOPHER ALFRED HADDAD

s/ *Peter Birch*                                 *s/Christopher Alfred Haddad*
Peter Birch                                      Christopher Alfred Haddad
Assistant Federal Public Defender                Law Office of Christopher A. Haddad
Attorney for Defendant Svitlana Demydenko        319 Clematis Street, Ste., 812
Florida Bar No. 304281                           West Palm Beach, FL 33401
250 South Australian Avenue, Suite 400           561-832-1126
West Palm Beach, Florida 33401                   chris@chrishaddad.com
(561) 833-6288 - Telephone
Peter_Birch@FD.org

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch

3