UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

Mbutha v. U.S. Immigration and Customs Enforcement, Case No: 25-cv-23593

Cook (as Assignee) v. XL Specialty Insurance, Case No: 21-cv-82186

Watts v. Joggers Run Property Owners, Case No: 22-cv-80121

Redoak Communications, Inc. v. Olsen et al, Case No: 23-cv-80008

Lewitter v. Terran Orbital Corp. et al, Case No: 24-cv-81191

Mikov v. Village of Palm Springs, Case No: 23-cv-81565

Loria Pharmaceutical LCC et al v. Mezzancello, Case No: 24-cv-80198

Luxe Health, Inc. et al v. Pharmacy Data, Case No: 24-cv-80766

Agios Mixael LLC et al v. Greek, Case No: 24-cv-80961

King v. City of West Palm Beach, Case No: 24-cv-80931

Khiem Nguyen M.D. v. Jon Robert Brown D.O. et al, Case No: 25-cv-14142

Proteng Distribution v. Proteng Group LLC, Case No: 25-80373

Rosendahl v. Ketchum et al, Case No: 25-80555


USA v. Demydenko et al., Case No: 25-cr-80068

USA v. Joseph Rodriguez, Case No: 25-cr-80013

USA v. Barrett and Hamilton, Case No: 25-cr-80129


**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District

of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Edward L. Artau** as of October 1, 2025, for all further proceedings.  It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Edward L. Artau**.  It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Edward L. Artau**.  It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials ELA in lieu of the present initials.

DONE and ORDERED at Fort Pierce, Florida, in chambers this 1st day of October 2025.

_____
United States District Judge
Hon. Aileen M. Cannon

c: All counsel of record/pro se parties