UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80068-CR-ARTAU(s)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

Defendants.

_____/

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL DISCOVERY

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby gives notice of the following discovery to counsel for the defendants, which is being emailed to defense counsel contemporaneously with the filing of this notice:

1.      Transcript of post-Miranda interview of Yelyzaveta Demydenko on 4/29/25, at attachment pages 1-11; and

2.      At attachment pages 12-25 to defense counsel's copy of this response, defendant Yelyzaveta Demydenko's employment and U.S. Immigration records related to her employment at Wawa, and business record certifications for those records. FEDERAL RULE OF EVIDENCE 803(6) AND 902(1)-(2), (4), AND (11) NOTICE: In accordance with the requirements of Federal

Rule of Evidence 803(6), and 902(11) the government hereby gives notice of its intent to offer the

foregoing records of regularly conducted activities into evidence at trial of this matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


BY:     s/ *John C. McMillan*
JOHN C. McMILLAN
Assistant United States Attorney
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
FAX:     (561) 820-8777
Email: John.McMillan@usdoj.gov

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system. I further certify that on December 15, 2025, I sent copies of the foregoing document with attachments to the following counsel for the defendants via email:

Christopher Alfred Haddad, Esq.
319 Clematis Street, Ste 812
West Palm Beach, FL 33401
561-832-1126
(counsel for Yelyzaveta Demydenko)

Peter Vincent Birch
Supervisory Federal Public Defender
250 Australian Avenue South, Ste 400
West Palm Beach, FL 33401
561-833-6288
(counsel for Svitlana Demydenko)

By:      s/ *John C. McMillan*
            JOHN C. McMILLAN
            ASSISTANT UNITED STATES ATTORNEY

3