UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-80068-CR-ARTAU

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

                    Defendant.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on the Government's Unopposed Motion to Continue Trial.  The Court being advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Unopposed Motion to continue trial of this matter, presently set for the trial on  January 12, 2026 (DE 59, 66), is **GRANTED**, and trial shall be reset to May 18, 2026, at 9:00 a.m.   Calendar Call is set for May 14, 2026, at 1:30 p.m.  The Court further finds that for the reasons set forth in the government's, that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial, and finds the time between the entry of this Order and the commencement of trial to be excludable under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19th day of December, 2025.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

cc:     All counsel of record