UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80068-CR-EA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

YELYZAVETA DEMYDENKO

      Defendant.

_____/

## <u>NOTICE OF REQUEST FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES</u>

The Defendant, **YELYZAVETA DEMYDENKO**, through her undersigned attorney, files this Notice of Request for Disclosures of Expert Witness Summaries ursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order.  The Defendant requests disclosure of expert testimony the Government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the Government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.  See, e.g., *United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1988) (agent's testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

**I HEREBY CERTIFY** that on January 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                  Respectfully submitted,

                  /s/ CHRISTOPHER A. HADDAD

LAW OFFICE OF
CHRISTOPHER A. HADDAD, P.A.
319 Clematis Street, Suite 812
West Palm Beach, FL  33401
Telephone:  (561) 832-1126
chris@chrishaddad.com
Fla. Bar No. 0879592