UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80068-CR-EA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO

Defendant.

_____/

## **NOTICE OF FILING CV OF TERRY MATTINGLY**

**NOTICE IS HEREBY GIVEN** that Defendant, **YELYZAVETA DEMYDENKO,** by and through her undersigned attorney, hereby files the CV of Terry Mattingly, a copy of which is hereby attached.

**I HEREBY CERTIFY** that on January 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

/s/ CHRISTOPHER A. HADDAD
LAW OFFICE OF
CHRISTOPHER A. HADDAD, P.A.
319 Clematis Street, Suite 812
West Palm Beach, FL  33401
Telephone:  (561) 832-1126
chris@chrishaddad.com
Fla. Bar No. 0879592

**TERRY MATTINGLY, ED.S.**
**PSYCHOLOGY CONSULTANT**
**Licensed School Psychologist**
**Collaborative Practitioner**
**Florida Supreme Court Certified Family Mediator**
**Social Investigator (Child Custody Evaluator)**
**Family Court Guardian ad Litem**
**Qualified Parenting Coordinator: 5th, 9th, 18th Circuits (Florida)**
**1681 North Maitland Avenue**
**Maitland, FL 32751**
**321.277.7673**
**MattinglyT4@gmail.com**
**www.TerryMattingly.com**
**www.ConflictSolutionsGroupLLC.com**

EXPERIENCE

*June 2002-*
*Present*

**TERRY MATTINGLY, LLC**
**Maitland, Florida**
*Licensed School Psychologist, Qualified Parenting Coordinator, Social Investigator, Guardian ad Litem, Supreme Court Certified Family Mediator, Parenting Instructor, Expert Witness in Legal Cases*

I complete Social Investigations (aka Child Custody Evaluations) and perform duties as a Guardian ad Litem (GAL) for families involved in litigation in family court. I have conducted more than 65 Social Investigations and served as a GAL on 97 cases. Many of these cases involve allegations of Parental Alienation and the presence of a Resist/Refuse Dynamic (RRD) between a parent and a child. I am well-aware of the research in this area, and I have testified as an expert witness in many cases involving a RRD. I am a highly respected member of the family law community in Central Florida, and I have testified in cases across Florida. I have been called to serve as an Expert Witness in cases involving Resist-Refuse Dynamics (Parental Alienation), ADHD, Attachment, Autism Spectrum Disorder, High-Conflict Co-Parenting, and Healthy Parenting vs. Dysfunctional Parenting.

I have served as a Parenting Coordinator helping divorced/separated parents in high conflict. Since 2008, I have worked on more than 100 Parenting Coordination cases. In addition, I also conduct private mediations for families facing the resolution of issues such as dissolution of marriage, division of assets, child support, time-sharing, and parental responsibility. I have been Collaboratively trained and serve as the mental health neutral facilitator in the Collaborative Divorce process.

I have created a training program for parents needing additional support in the parenting of their children. Parents can be those in the community wanting assistance on issues such as discipline, establishing routines, teaching their children communication and problem-solving skills, using empathy and setting boundaries, and more. Some parents have also been Court-Ordered to attend or

attend via stipulation or agreement among the parties. The core program consists of 8 modules with additional modules available that will cover unique issues such as parenting a child with special needs.

| | |
|---|---|
| *October 2015-*<br>*Present* | **CONFLICT SOLUTIONS GROUP, LLC**<br>**Maitland, Florida**<br>*Founder, Co-Owner, Trainer of New Qualified Parenting Coordinators and Social Investigators/Guardians ad Litem, Supervisor of Independent Contractors Providing Parenting Coordination and Social Investigation Services* |

I created a 28-hour Parenting Coordination (PC) training program which meets the requirements set forth by the Florida Dispute Resolution Center to qualify eligible professionals as Parenting Coordinators. The training incorporates the following components: Florida Family Law Rules of Procedure, the Parenting Coordination Statute, Family Systems Theory and Application, Family Dynamics in Separation and Divorce, Common Areas of Conflict, Child and Adolescent Development, Parenting Coordination Techniques, Co-Parenting, Parenting Plans, Domestic Violence, Child Abuse, Substance Abuse, Mental Illness, and Parental Alienation (Resist/Refuse Dynamic). The trainings are offered several times a year.

I have also created a 16-hour training program to prepare family law attorneys and licensed mental health professionals to serve as Guardians ad Litem in Domestic Court. The training also prepares licensed mental health professionals to conduct social investigations which are used in complex cases where issues such as substance abuse, parental alienation, child abuse, or dysfunctional parenting may be occurring. The trainings are offered several times a year.

I supervise independent contractors who provide the services and provide ongoing monitoring and support.

| | |
|---|---|
| *February 28, 2020-*<br><br>*Present* | **SUPREME COURT PARENTING COORDINATOR DISCIPLINARY REVIEW BOARD**<br>**Tallahassee, Florida**<br>*Board Member*<br>The purpose of the Disciplinary Review Board is to perform investigations and adjudications of grievances against qualified and court-appointed parenting coordinators. The Board is responsible for enforcing the ethical standards of the Rules for Qualified and Court-Appointed Parenting Coordinators and in that role review grievances, determine probable cause, conduct hearings, and impose sanctions, if appropriate. |

| | |
|---|---|
| *December 2016-*<br>*Present* | **ABBASON AND ASSOCIATES**<br>**Winter Park, Florida**<br>*Expert Consultant*<br>I evaluate licensing board complaints against other licensed school psychologists by reviewing records and investigative reports and formulating an opinion |

regarding the adequacy and quality of care rendered by the health care professional being investigated by the Department of Health.

*October 2007-*
*December 2012*  **NEW LIFE CHRISTIAN COUNSELING CENTER**
**Lake Mary, Florida**
*Licensed School Psychologist*
I completed psychoeducational evaluations including learning disability evaluations, ADHD evaluations, and gifted evaluations for a local private practice on a part-time basis, concurrently running my own private practice in Altamonte Springs. Assessments included pre-evaluation and post-evaluation consultation with parents regarding the child's progress.

*January 2007 –*
*February 2010*  **BOYS TOWN OF CENTRAL FLORIDA**
**Oviedo, Florida**
*Comprehensive Assessor*
I completed Comprehensive Behavioral Health Assessments (CBHA) on children and adolescents that were part of the foster care system. The assessments involve an extensive record review and interviews with the individual child, their current foster parents, other caretakers involved in the child's life, their teacher (s), and their caseworker. Gathering this information enabled me to make treatment recommendations to meet the child's emotional, behavioral, academic, vocational, medical, and mental health needs.

*May 2001 –June 2007*  **KIDSPEACE (formerly known as STAR Consultants)**
**Altamonte Springs, Florida**
*Board Certified Associate Behavior Analyst/School Psychologist*
I completed full psychoeducational evaluations including intelligence testing, academic assessments, and behavioral/emotional assessments. Evaluations included parent and child interviews along with specific recommendations tailored to the needs of the individual. Many of these evaluations were on children or adolescents in foster care.

I also conducted evaluations at the Juvenile Detention Center on juveniles who were incarcerated or were on home detention. These evaluations included recommendations for the offender's academic, behavioral, mental health, and vocational needs.

Experience has also included providing in-home parent training to families with behavior-disordered children. I have trained parents on topics such as creating and monitoring behavior plans, giving effective commands, providing praise and consequences, and using the time-out procedure. My work for KIDSPEACE was on a part-time basis.

*August 2001 –*
*May 2004*  **ORANGE COUNTY PUBLIC SCHOOLS**
**Orlando, Florida**
*School Psychologist*
I worked as a school psychologist intern for a year, followed by two years as a school psychologist providing services to elementary, middle, and high school aged students. Services provided included psychoeducational evaluations,

intervention planning, and teacher and parent consultation. I provided services to Kaley Elementary School, Conway Elementary School, Killarney Elementary School, Blankner School, Lee Middle School, and Edgewater High School.

*August 2000-*
*August 2002*

**UCF CENTER FOR AUTISM AND RELATED DISABILITIES**
**Orlando, Florida**
*Graduate Assistant*
I worked as a consultant with a running caseload of 10 families that I serviced. Each of the constituents had a diagnosis that falls within the Autism Spectrum. During home visits with the family, I worked to meet the needs of the child through behavior modification, the development of routines, creating effective sleeping habits and self-care skills. I also worked in the child's classroom, assisting the teacher with functional curriculum, visual supports, transitions, and behavior strategies. I also conducted weekly social skills training groups with adolescents diagnosed with Asperger's Disorder focusing on teaching them appropriate listening and conversational skills through modeling, feedback, and role playing.

*July 1997 -*

**PALMETTO ELEMENTARY SCHOOL**
**Orlando, Florida**

*May 2000*

*Elementary School Teacher*
I worked as a third and fourth grade teacher at a culturally diverse school with children from many different backgrounds and with a full range of abilities. I taught at Palmetto for three years and was awarded the <u>First Year Teacher of the Year Award</u> for outstanding teaching.

EDUCATION

*August 1999-*

**UNIVERSITY OF CENTRAL FLORIDA**
**Orlando, Florida**

*May 2002*

*Educational Specialist, School Psychology*
Graduated with a 4.0 Grade Point Average
Received the Top Graduate Student Award

*May 1996-*

**UNIVERSITY OF FLORIDA**
**Gainesville, Florida**

*August 1997*

*Master of Education, Elementary Education*
Graduated with a 4.0 Grade Point Average

*January 1995-*

**UNIVERSITY OF FLORIDA**
**Gainesville, Florida**

*August 1996*

*Bachelor of Arts in Education*
Kappa Delta Pi International Honor Society

*August 1992-*

**STETSON UNIVERSITY**
**Deland, Florida**

*December 1994*

Youth Motivators Mentor Program

RECENT PRESENTATIONS

| | |
|---|---|
| *December 3, 2025* | The Role of the Guardian ad Litem in Parental Alienation Cases, Sound Counseling Associates, Connecticut. |
| *August 7, 2025* | The Roles of Professionals in Family Law Cases Plagued by the Resist-Refuse Dynamic, Harris Family Law Firm Roundtable, Colorado. |
| *April 11, 2025* | Addressing Parental Alienation in Custody Disputes, Domestic Litigation Forum, St. Louis, Missouri. |
| *June 11, 2024* | Effective Parenting of Your Unique Child: Meeting the Challenges and Finding Peace in Your Family, Children's Hospital of Philadelphia-Department of Child and Adolescent Psychiatry and Behavioral Services. |
| *June 10, 2024* | A Roadmap Through the Parenting Coordination Process, Ninth Judicial Circuit Court, Orlando, Florida. |
| *April 2024* | Handling Court Matters for Mental Health Professionals: How to Handle Subpoenas for Client Records, Depositions, and Testimony in Court in Accordance with the Laws Protecting Confidentiality. |
| *February 2024- May 2024* | Parenting Strategies to Ensure Academic and Emotional Success for Your Child, I trained parents of the Panther Valley School District in Pennsylvania on strategies to assist with common behavioral battles through the implementation of routines, expectations, structure, consequences, and positive communication with a focus on mutual respect and relationship building. |
| *September 2022- Present* | Effective Parenting of Your Unique Child: Meeting the Challenges and Finding Peace in Your Family, I created an 8 Module Parenting Course taught live and virtually with parents wanting to strengthen their parenting skills of children and adolescents. |
| *December 2020* | The Effects of Divorce on Children, the Steps Children Must Take to Overcome the Trauma, and the Ways Parents Can Help the Process: An Educational Tool for Parenting Coordinators, Online Webinar. |
| *September 2020* | Techniques for Dealing with Difficult Parents: A Parenting Coordinator's Survival Guide, Online Webinar. |
| *October 2018* | The Use of Various Mental-Health Related Services and Professionals Within a Family Law Case, The National Association of Divorce Professionals Luncheon, Orlando, Florida. |
| *February 2017* | Parenting Coordination for Mental Health Professionals: A Detailed Look at Purpose, Scope, and Implementation with Matthew W. Smith, JD, LMHC, and Andrea Pate, Esq., Florida Mental Health Counselors Association Conference, |

Lake Mary, Florida.

| | |
|---|---|
| *August 2016* | Working with High Conflict Clients-How They Affect Us Professionally and Personally and Self-Care Tools to Deal with the Stress, Dispute Resolution Center Annual Conference, Orlando, Florida. |
| *March 2016* | The Similarities and Differences Between Family Mediation and Parenting Coordination, Parenting Coordination Think Tank Monthly Meeting, Orlando, Florida. |
| *February 2016* | Attention-Deficit/Hyperactivity Disorder: The Importance of Early Detection and Treatment, Mental Health Counselors Association of Central Florida, Winter Park, Florida. |
| *February 2016* | An Overview of Parenting Coordination for Mental Health Professionals, with Dana Nolan, LMHC, Florida Mental Health Counselors Association Conference, Lake Mary, Florida. |
| *July 2015* | Parenting Coordination and Mediation: Emerging Similarities and Strategies to Manage Challenges in Practice, with Dana Nolan, LMHC and Matthew W. Smith, Esq., LMHC, Annual Dispute Resolution Conference, Orlando, Florida. |
| *October 2014* | Teaching Parents to Empower their Child to Deal With Bullying, Creation Kids Village School, Celebration, Florida. |
| *October 2014* | Teaching Teachers Strategies to Deal With Physical Aggression and Non-Compliance in the Primary Classroom, Creation Kids Village School, Celebration, Florida. |
| *September 2014* | Strategies for Parents to Deal with Common Behavioral Issues with Children Ages Two to Five, Parent Group at All Saint's Preschool, Winter Park, Florida. |
| *August 2014* | Overview of Diagnostic Evaluations for Special Needs Students, Florida Dyslexia Conference, Orlando, Florida. |
| *August 2014* | Parenting Coordination: What Drives Parental Conflict After Divorce and Strategies to Manage the Challenges of Parenting Coordination Work, Presented with Dana Nolan, LMHC, Annual Dispute Resolution Conference, Orlando, Florida. |
| *May 2014* | Testing, Testing! Why Should You Test Your Child, With Which Test, and When? Florida Dyslexia Association, Maitland, Florida. |
| *September 2013* | Building Your Child's Self Esteem, Sanlando Christian School, Longwood, Florida. |
| *March 2013* | Behavioral Strategies to Address Common Problem Behaviors in Young Children at Home, Parent Group at Sanlando Christian School, Longwood, Florida. |
| *February 2013* | Behavioral Strategies to Address Common Problem Behaviors with Young |

<u>Children in the Classroom</u>, Teaching Staff at Sanlando Christian School.

RECENT PRESENTATIONS ATTENDED

*April 27-28, 2024*      <u>A View from the Bench-How to be a More Effective Expert Witness, How to Deal with Difficult Attorneys, How to Excel When Testifying Remotely-Best Practices for Expert Witnesses, How to Prepare for/Excel When Testifying at Trial, How to Answer Trick and Difficult Questions at Deposition/Trial, How to Make the Complex Understandable at Trial, in Your Report, and When Speaking with Counsel, Best Practices for Experts Regarding Motions to Exclude/Daubert Challenges, How Attorneys Cross-Examine Experts-Preparation, Strategies, and Tactics, How to Draft a Superior Expert Witness Report</u>, The 31st Annual National Expert Witness Conference, Clearwater Beach, Florida.

*October 2023*      <u>Parent-Child Contact Problems, Unveiling the Hidden Challenges Navigating the Resist-Refuse Dynamic, Family Forgiveness-Adapting Forgiveness Interventions to Parent-Child Contact Problems, Shared Parenting-Is the Devil in the Details?-What the Research Shows, Safeguarding Boundaries, Building Bridges-A Deep Dive into Resist-Refuse Dynamics, Parenting Coordination in Cases Involving Interpersonal Violence, Too Much Trauma, Not Enough Respect, Keeping Your Ethics Clean With Your Most Challenging Parenting Coordination Clients:</u> The Florida Association of Family and Conciliation Courts-Orlando, Florida.

*October 2023*      <u>Mindful Parenting for High Needs Kids</u>: Happily Family-Webinar.

*May 2023*      <u>The Impact of Interpersonal Violence on Young Children</u>: The Association of Family and Conciliation Courts-Webinar.

*April 2022*      <u>Parenting in the 21st Century</u>: Dr. Ari Novick, Ph.D: 10 Tools for Better Parenting-40 Hour Training Program.

*August 2021-*
*October 2021*      <u>Advanced Reunification Training</u>: Susan Fletcher, PhD and Christy Bradshaw Schmidt. LPC-14 hours. A major focus of this training addressed how to rebuild the parent-child relationship in the presence of Parental Alienation (Resist-Refuse Dynamics).

*December 2020*      <u>Supervised Visitation Monitor Training Program</u>, offered by Heal, Play, Love, online.

*December 4-*
*December 5, 2019*      <u>Critical Issues in Child Custody: To Share or Not to Share?:</u> Dr. Philip Stahl, PhD: The Association of Family and Conciliation Courts Regional Conference: Baltimore, Maryland.

*June 22, 2018*      <u>Advanced Interdisciplinary Collaborative Training: Option Building-What's Different?:</u> Adam Cordover, JD, Kristin DiMeo, CPA, and Jeremy Gaies, Psy.D.: Jacksonville, Florida.

*December 6-*

| | |
|---|---|
| *December 7, 2017* | <u>Advanced Topics for Custody Evaluators: Interviewing, Report Writing, and Testifying:</u> The Association of Family and Conciliation Courts Regional Conference: Baltimore, Maryland. |
| *June 8, 2017* | <u>Techniques for Handling Difficult Parents</u>: Tania Stout, LMHC, Conflict Solutions Group LLC Think Tank, Orlando, Florida. |
| June 2, 2017 | <u>Special Needs and Divorce</u>: The Association of Family and Conciliation Courts Annual Conference: Boston, Massachusetts. |
| *June 1, 2017* | <u>Assessing Attachment for Family Court Decision Making,</u> The Association of Family and Conciliation Courts Annual Conference: Boston, Massachusetts. |
| *June 1, 2017* | <u>Bias in Custody Evaluations: Solutions for Evaluators and Attorneys</u>, The Association of Family and Conciliation Courts Annual Conference: Boston, Massachusetts. |
| *May 31, 2017* | <u>Parent-Child Contact Problems</u>, The Association of Family and Conciliation Courts Annual Conference: Boston, Massachusetts. |
| *May 9, 2017* | <u>Sexual Abuse in Parenting Coordination Cases</u>, Kathy Lee, LMHC, Conflict Solutions Group LLC Think Tank, Orlando, Florida. |
| *January 12, 2017* | <u>Guiding Parental Self-Care-Parents' Guide to Happy Kids</u>: Beliza Perez, LMHC, Central Florida Association of Marriage and Family Therapy, Winter Park, Florida. |
| *December 14, 2016* | <u>Challenging Issues in Parenting Coordination webinar</u>, Association of Family and Conciliation Courts. |
| *November 17, 2016* | <u>Emerging Issues in Relocation Cases webinar,</u> Association of Family and Conciliation Courts. |
| *September 29, 2016* | <u>Untying the Gordian Knot of Alienation: How Courts and Mental Health Professionals Can Work Together</u>: Judge Lee Haworth, Magistrate Jon Johnson, and Dr. Deb Weaver, FLAFCC Conference, Orlando. |
| | <u>Intimate Partner Violence and Parenting Time: Integrated Forensic Evaluation Model and Practical Application</u>: Dr. William Austin and Linda Fieldstone, FLAFCC Conference, Orlando. |
| | <u>The Human Side of Domestic Violence</u>: Judge Peter Ramsberger and Judge Carroll Kelly, FLAFCC Conference, Orlando. |
| *September 30, 2016* | <u>Chutes and Ladders: A Timesharing Plan for Parents with a Substance Abuse History</u>: Dr. Wendy Coughlin, FLAFCC Conference, Orlando. |
| *September 14, 2016* | <u>Co-Parenting With a Narcissist</u>: Dr. Darlene Antonio, PhD, Conflict Solutions Group Think Tank, Orlando. |

*August 16, 2016*   <u>Substance Abuse Issues in Alternative Dispute Resolution</u>, Matthew W. Smith, LMHC, J.D., Conflict Solutions Group Think Tank, Orlando.

*July 13, 2016*   <u>Review of the 61.13 Best Interest Factors</u>: Drew Storie, Esq., Conflict Solutions Group Think Tank, Orlando.

*April 15, 2016*   <u>Self-Care for Professionals Working With High-Conflict Families</u>, Dana Nolan, LMHC, Conflict Solutions Group Think Tank, Orlando.

*March 11, 2016*   <u>Special Needs Considerations in Structuring a Parenting Plan</u>, Ashlea Johnson, LMHC, Conflict Solutions Group Think Tank, Orlando.