UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80068-CR-EA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

YELYZAVETA DEMYDENKO

      Defendant.

_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CRIM. P. 16(b)(C)(iii)

**COMES NOW**, the Defendant, **YELYZAVETA DEMYDENKO**, through her undersigned attorney, and respectfully submits her Expert Witness Disclosure.  The Defendant intends to call Expert Witness, Ms. Terry Mattingly, Ed. S., Terry Mattingly LLC, 1681 North Maitland Avenue, Maitland, FL  32751.  The Defendant has previously provided the Government with the Expert's Psycho-Educational Evaluation containing the complete statement of the Expert's opinions as to the Defendant's mental condition. The evaluation contains the following diagnosis: autism spectrum disorder, attention deficit hyperactivity disorder and generalized anxiety disorder.   The basis and reasons for the diagnosis are contained within the 13-page evaluation report, which has been provided to the Government. The Witness' qualifications do not include any publications because she has not written any.  The list of all other cases in which the Witness has testified as an expert at trial or by depositions during the previous 4 years, is attached hereto.

**WHEREFORE**, the undersigned counsel respectfully submits Defendant's Expert Witness Disclosure Pursuant to Fed. R. Crim. P. 16(b)(C)(iii)

**I HEREBY CERTIFY** that on January 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

/s/ CHRISTOPHER A. HADDAD
LAW OFFICE OF
CHRISTOPHER A. HADDAD, P.A.
319 Clematis Street, Suite 812
West Palm Beach, FL  33401
Telephone:  (561) 832-1126
chris@chrishaddad.com
Fla. Bar No. 0879592

2

Expert Witness Cases—Testimony at Hearings, Trials, and/or Depositions: Terry Mattingly

2026

1. 18th Judicial Circuit Court in and for Seminole County, Florida
   Case No: 2011-DR-4667-05P-G
   Branden Thornton v. Julie Scalise

2. 7th Judicial Circuit in and for Volusia County, Florida
   Case No: 2020-30411-FMCI
   Thomas Hurd v. Robin Hurd

3. 5th Judicial Circuit in and for Lake County, FL
   Case No: 2024-DR-002116
   Paul Vanzant v. Shelley Vanzant

4. 18th Judicial Circuit Court in and for Seminole County, Florida
   Case No: 2016-DR-4391-02D-L
   Christopher Burns v. Shira Burns

2025

1. 9th Judicial Circuit in and for Orange County, Florida
   Case No: 2022-DR-009420-O
   Sierra Joy Clemmons v. Jonathan Clemmons

2. In the Circuit Court of the State of Oregon for the County of Josephine
   Case No. 23-DR-20225
   Benjamin Thomas Maillet v. Theresa Ann Huston

3. 9th Judicial Circuit in and for Orange County, Florida
   Case No: 2017-DR-227
   Elton Singh v. Melissa Hobdy

4. 9th Judicial Circuit in and for Osceola County, Florida
   Case No: 2011-DR-002011
   Myron Combelic v. Elena Combelic

5. 9th Judicial Circuit in and for Osceola County, Florida
   Case No: 2021-DR-000133-DC
   Liz Polo v. Michael Duque

6. 9th Judicial Circuit in and for Orange County, Florida
   Case No: 2022-DR-4761
   Jozanne Lund v. Matthew Maloney

7.  9th Judicial Circuit in and for Osceola County, Florida
    Case No: 2024-DR-1298-DC
    John Knight v. Celia Flores

8.  9th Judicial Circuit in and for Osceola County, Florida
    Case No: 2009-DR-4877
    Justin Reed v. Erica O'Connor

9.  5th Judicial Circuit in and for Citrus County, Florida
    Case No: 2018-DR-1980
    Joseph Taylor v. Virginia Taylor

10. 9th Judicial Circuit in and for Orange County, FL
    Case No: 2022-DR-11822
    Timothy Zabel v. Donna Merck

11. 9th Judicial Circuit in and for Orange County, FL
    Case No: 2012-DR-4941
    Rachel Carton v. Matthew Carton

12. 9th Judicial Circuit in and for Orange County, FL
    Case No: 2020-DR-012549-0
    Julia Sharp v. Eric Sharp

13. 18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 2012-DR-3209
    Dustin Holland v. Evelyn Chia

14. 9th Judicial Circuit in and for Orange County, FL
    Case No. 2020-DR-006144-O
    Guerdy Regilus v. Alan Regilus

2024

1.  5th Judicial Circuit in and for Lake County, FL
    Case No: 2019-DR-000621
    Adam Gillis v. Roxanne Eadie

2.  9th Judicial Circuit in and for Orange County, FL
    Case No: 2019-DR-015616-O
    Hernan Rivera v. Katherine Perdomo

3.  11th Judicial Circuit in and for Miami-Dade County, FL
    Case Number Unknown
    Diana Pinto v. Daniel Pruder

2

4.  9th Judicial Circuit in and for Osceola County, Florida
    Case No: 2019-DR-4468
    Jennifer Hernandez v. David Schneider

5.  9th Judicial Circuit in and for Orange County, Florida
    Case No: 2013-DR-013500-O
    Rashe Hall v. Vina Hewett

6.  9th Judicial Circuit in and for Orange County, Florida
    Case No: 2014-DR-5544-O
    Shannon Purtell v. Jason Rivera

7.  18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 2022-DR-037380
    Jesse Blanchard v. Alejandra Blanchard

8.  18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 05-2021-DR-023090
    Michael Conolly v. Ashley Conolly

9.  18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 05-2022-DR-53016
    Cynthia Michaels v. Sherri Moore

10. 9th Judicial Circuit in and for Orange County, Florida
    Case No: 2015-DR-010376
    Jennifer Clark v. Mark Clark

11. 9th Judicial Circuit in and for Orange County, Florida
    2020-DR-012475-O
    John Hsu v. Chi Yun Chien

12. 18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 05-2017-DR-034488
    David Rivera v. Angelique Rivera

13. 7th Judicial Circuit in and for Volusia County, Florida
    Case No: 2021-10351-FMDL
    April Martin v. Giovanni Varsi

14. 18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 2022-DR-3230
    Windy Brace v. Stephen Brace

15. 9th Judicial Circuit in and for Orange County, FL

3

Case No: 2009-DR-3402

Chris Conemac v. Amy Irwin

<u>2023</u>

1.  13th Judicial Circuit in and for Hillsborough County, FL
    Case No: 2020-DR-015858
    Richard Mockler v. Rachel Houston

2.  9th Judicial Circuit in and for Orange County, Florida
    Case No: 2018-DR-5165-O
    Jonathan Borgwing v. Nicole Borgwing

3.  9th Judicial Circuit in and for Orange County, FL
    Case No: 2019-DR-10182
    Jorge Gheiler v. Milady Sosa

4.  18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 59-2018-DR-1038-02D-W
    Joseph Morrell, Jr. v Nena Morrell

5.  5th Judicial Circuit in and for Lake County, FL
    Case No: 2019-DR-2518
    Martha Nova v. Juan Nova

6.  5th Judicial Circuit in and for Lake County, FL
    Case No: 2018-DR-2607
    Sean O'Leary v. Nicole O'Leary

7.  13th Judicial Circuit in and for Hillsborough County, FL
    Case No: 2016-DR-018775
    Abhinav Sharma v. Arti Sharma

8.  9th Judicial Circuit in and for Orange County, FL
    Case No: 2020-DR-6062
    James Smith v. Annette Mayo

9.  18th Judicial Circuit Court in and for Brevard County, Florida
    Case No. 2005-2014-DR-047062
    Ashley Walters v. Scott Walters

10. 9th Judicial Circuit in and for Orange County, FL
    Case No: 2020-DR-9328
    Daniel Gray v. Bianca Gibb

11. 10th Judicial Circuit in and for Polk County, FL
    Case No: 2021-DR-65590

4

Kareem Abukhdeir v. Arin Awdatalla

12. 5th Judicial Circuit in and for Hernando County, FL
Case No: 2020-DR-1181
Nicole Jamet-Burk v. Charles Burk

13. 9th Judicial Circuit in and for Orange County, FL (Juvenile Division)
Case No: DP-17-770
In the Interest of the Minor Children C.A. (1/12/12) and B.A. (3/18/14)

14. 9th Judicial Circuit in and for Orange County, FL
Case No: 2020-DR-11793-O
John Burt v. Amber Burt

15. 9th Judicial Circuit in and for Orange County, FL
Case No: 2019-DR-16061-O
Nicolas Johns v. Kayla Hoyler

2022

1. 9th Judicial Circuit in and for Orange County, FL
Case No: 2019-DR-5922-O
Richard Harary v. Tania Feres

2. 9th Judicial Circuit in and for Orange County, Florida
Case No: 2020-DR-6618-O
Kristina Harris v. Jermaine Harris

3. 18th Judicial Circuit Court in and for Seminole County, Florida
Case No: 2020-DR-002989-02D-L
Jason Jacobs v. Svetlana Jacobs

4. 9th Judicial Circuit in and for Orange County, Florida
Case No: 2016-DR-908
Kristen Bullock v. Earl Scott Bullock

5. 18th Judicial Circuit Court in and for Seminole County, Florida
Case No:2017-DR-1001-02D-K
Joshua Cruey v. Ksenia Cruey

6. 18th Judicial Circuit Court in and for Seminole County, Florida
Case No: 2018-GA-000204
Guardian Advocacy of Kyle Darroch, Ward

7. 18th Judicial Circuit Court in and for Seminole County, Florida
Case No: 2019-DR-003585
Mohammad Mushtaq v. Vishnalini Sarran

5

8.  9th Judicial Circuit in and for Osceola County, Florida
    Case No: 2017-DR-2027-O
    Stuart Proctor v. Johanna Proctor

9.  9th Judicial Circuit in and for Orange County, FL
    Case No: 2020-DR-6186-O
    Rony Tullus v. Natasha Vargas

10. 18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 2005-2011-DR-043962
    Quantavious Woulard v. Claudia Woulard

11. 18th Judicial Circuit Court in and for Brevard County, Florida
    Case No: 2005-2018-DR-47889
    Stacy Cartechine v. Craig Dumas

12. 18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 2020-DR-1831-02D-K
    Candace Doddapaneni v. Ajay Doddapaneni

13. 18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 2020-DR-1856
    Victoria Grajeda v. Anthony Grajeda

14. 5th Judicial Circuit in and for Citrus County, Florida
    Case No: 2013-DR-1851
    Christina Desensi v. David Gutierrez

15. 18th Judicial Circuit Court in and for Seminole County, Florida
    Case No: 2017-DR-2946-02D-W
    Christopher Oddo v. Krystle Oddo

6