UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **25-80068-CR-ARTAU(s)(s)**
18 USC § 1015(f)
18 USC § 2
18 USC § 611(a)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

Defendants.

_____/

FILED BY_____ **TM** _____D.C.

**May 7, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about August 18, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**

an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f) and Title 18, United States Code, Section 2.

### COUNT 2

On or about August 18, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**SVITLANA DEMYDENKO,**

an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f) and Title 18, United States Code, Section 2.

## COUNT 3

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 4

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**SVITLANA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for

2

the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL.

_____
FOREPERSON

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-80068-ARTAU(s)(s)**

v.

YELYZAVETA DEMYDENKO, and SVITLANA DEMYDENO,

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of new counts 0

**Court Division** (select one)

[ ] Miami   [ ] Key West   [ ] FTP
[ ] FTL   [✓] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: RUSSIAN

4. This case will take 2-3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I [✓] 0 to 5 days
   II [ ] 6 to 10 days
   III [ ] 11 to 20 days
   IV [ ] 21 to 60 days
   V [ ] 61 days and over

   (Check only one)
   [ ] Petty
   [ ] Minor
   [ ] Misdemeanor
   [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Ed Artau  Case No. 25-CR-80068-ARTAU
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe  Magistrate Case No. 25-mj-8216-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____  Case No._____
9. Defendant(s) in federal custody as of On Bond
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JOHN C. McMILLAN
Assistant United States Attorney
District Court No.  A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Yelyzaveta DEMYDENKO

**Case No:**   25-80068-CR-ARTAU(s)(s)

Count #: 1

False Claim to United States Citizenship to Register to Vote

Title 18, United States Code, Section 1015(f)
\* **Max. Term of Imprisonment: 5 years**
\* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
\* **Max. Supervised Release: 3 years**
\***Max. Fine:**   $250,000
\* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S.
Citizen, following conviction.**

---

Count #: 3

Unlawful Voting by an Alien in Presidential Election

Title 18, United States Code, Section 611(a)
\* **Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment**[1]
\* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
\* **Max. Supervised Release: 1 year**[2]
\* **Max. Fine:  $100,000.00**[3]
\* **Special Assessment: $25.00**[4]
\* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S.
Citizen, following conviction.**

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Svitlana DEMYDENKO

**Case No:**   25-80068-CR-ARTAU(s)(s)

Count #: 2

False Claim to United States Citizenship to Register to Vote

Title 18, United States Code, Section 1015(f)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
*Max. Fine:   $250,000
* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

---

Count #: 4

Unlawful Voting by an Alien in Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]**
* **Mandatory Min. Term of Imprisonment (if applicable): not applicable**
* **Max. Supervised Release: 1 year[2]**
* **Max. Fine:  $100,000.00[3]**
* **Special Assessment: $25.00[4]**
* **Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.**

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**