UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-80068-CR-EA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YELYZAVETA DEMYDENKO,
 SVITLANA DEMYDENKO,

Defendants.

_____/

## UNOPPOSED JOINT MOTION TO CONTINUE ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT

**COMES NOW**, the Defendant, **YELYZAVETA DEMYDENKO,** by and through her undersigned counsel, and respectfully submits her unopposed Joint Motion to Continue Arraignment on Superseding Indictment  (along with her co-defendant Svitlana Demydenko), and as grounds therefore would state as follows:

1.      Ms. Demydenko, the defendant herein, is charged with making false statements and fraudulently violating a federal election.

2.      She is currently on bond and has had no issues whatsoever.

3.      The defendant respectfully requests a continuance of the current arraignment on second superseding indictment which is currently set for May 29, 2026, at 10:00AM.  The defendant respectfully requests that the Arraignment be rescheduled to June 1, 2026, at 10:00 AM.

4.      Unfortunately, defense counsel (Christopher Haddad) will be out of the state on Friday May 29, 2026, to visit his elderly parents-in-law in Western New York, on a prepaid trip.

5.      Defense counsel has conferred with Mr. Peter Birch, co-defendant's attorney, who does not oppose the instant request and agrees that the time granted for the continuance is properly excludable under the Speedy Trial Act as to both co-defendants.

6.      Defense counsel has also conferred with AUSA John McMillan, who does not object to the requested continuance.

7.      Defense counsel has conferred with his client, Ms. Demydenko, who is in full agreement with the requested continuance and concurs that any period of time contained within the period of postponement is properly excludable under the Speedy Trial Act as the need for adequate time to ensure proper preparation for trial outweighs society's need for a speedy trial.

**WHEREFORE**, the Defendant, **YELYZAVETA DEMYDENKO,** respectfully requests that this Court enter an Order granting her a continuance and cancelling the Arraignment on Second Superseding Indictment currently set for May 29, 2026, and reset the matter for June 1, 2026, at 10:00AM.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via electronic mail via the PACER system on May 26, 2026.

Respectfully submitted,

CHRISTOPHER A. HADDAD
Attorney for Defendant
319 Clematis Street, Suite 812
West Palm Beach, FL   33401
(561) 832-1126


BY: */s/ Christopher A. Haddad*
        CHRISTOPHER A. HADDAD
        Florida Bar Number: 0879592

2