# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   25-80068-CR-ARTAU(s)(s)

UNITED STATES OF AMERICA,

v.

YELYZAVETA DEMYDENKO,

Defendant

_____,

## WAIVER OF APPEARANCE FOR ARRAIGNMENT

I Yelyzaveta Demydenko am charged by second superseding indictment with offenses under the United States Code.

I have received a copy of the second superseding indictment and the plea is **NOT GUILTY** to the charged offenses.

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in court for my arraignment.   I waive my right to appear in court at my arraignment.

| | |
|---|---|
| 05/26/2026 | |
| **Date** | **Yelyzaveta Demydenko**     (*Signature*) |
| | **Defendant** |
| 5/26/2026 | |
| **Date** | **Christopher A. Haddad**     (*Signature*) |
| | **Counsel for Defendant** |
| ☐ Waiver Approved | |
| ☐ Waiver Denied | |
| 6/1/26 | |
| **Date** | **U.S. Magistrate Judge Ryon McCabe** |

FILED BY **MCC** D.C.

JUN 01 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.