UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80068-CR-ARTAU

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

     Defendants.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Svitlana Demydenko, through undersigned counsel, requests the Court to continue the trial in the above-styled cause until at least the week of August 17, 2026. As grounds therefor, Defendant states:

1. The trial in the above-styled cause is currently set for July 27, 2026.

2. Undersigned counsel is scheduled for surgery on his right shoulder on July 1, 2026. The post-op recovery for the surgery will require undersigned counsel to constantly wear a sling for six weeks. The wearing of a sling will impede undersigned counsel's ability to fully and effectively participate in the trial. It is therefore requested that the Court schedule the trial no earlier than August 17, 2026.

3. Defendant agrees to waive speedy trial from the filing of the above-styled motion to the next trial date set by the Court.

1

4.  Undersigned counsel has contacted Assistant United States Attorney John McMillan and Christopher Haddad, Attorney for co-defendant Yelyzaveta Demydenko, both of whom have no objection to the above-styled motion.

WHEREFORE, Defendants respectfully request the Court to grant the above-styled motion.

Respectfully submitted,

HECTOR A DOPICO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for Defendant Svitlana Demydenko
Florida Bar No. 304281
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Peter_Birch@FD.org

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<div align="center" style="margin-left:40%">

*s/ Peter Birch*
Peter Birch

</div>